IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDITH ANN MAROVICH,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

        No. C 12-06366 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: February 1, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Referral Clerk