**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    JUDITH ANN MAROVICH,
10          Plaintiff,                    No. C 12-06366 JSW
11   v.
12   MICHAEL J. ASTRUE, Commissioner of      **ORDER OF REFERRAL**
     Social Security,
13
14          Defendant.
     _____/
15
16          Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court
17   HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.
18          **IT IS SO ORDERED.**
19
20   Dated: February 1, 2013
21                                    JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE
22
23   cc:    Magistrate Referral Clerk
24
25
26
27
28